CLOPHEY MATTHEY v. GREAT NORTHERN RAILWAY COMPANY.[1]

February 14, 1908.

Nos. 15,452—(222).

Action in the district court for Clay county to recover $15,000 for the death of her husband, Paul Matthey. At the trial Baxter, J. granted defendant's motion that the action be dismissed and judgment entered in favor of defendant, for the reason that the complaint shows on its face that the plaintiff has not legal capacity to maintain the action, it having been brought by a widow of the deceased instead of by the administrator. From the judgment entered in favor of defendant, plaintiff appealed. Reversed and new trial granted.

N. I. Johnson and F. H. Peterson, for appellant.

J. W. Mason, for respondent.

PER CURIAM.

This case is ruled by Powell v. Great Northern Railway Co., 102 Minn. 448, 113 N. W. 1017; and it is ordered that the judgment appealed from be reversed, and a new trial granted.